IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ASSUREDPARTNERS OF          )
ALABAMA, LLC,               )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )      2:20cv566-MHT
                            )          (WO)
PALOMAR INSURANCE           )
CORPORATION, et al.,        )
                            )
    Defendants.             )
```

**AGREED PERMANENT INJUNCTION AND ORDER OF DISMISSAL**

Upon consideration of the joint motion for entry of agreed permanent injunction and agreed order of dismissal (doc. no. 46) and the proposed injunction and order attached thereto (doc. no. 46-1), it is ORDERED, ADJUDGED, and DECREED that:

(1) The motion is granted.

(2) The court approves the agreed permanent injunction (doc. no. 46-1) and adopts its terms as the order of this court.

(3) The parties are ENJOINED from failing to comply with the terms of the agreed permanent injunction (doc. no. 46-1 at 2-5).

(4) This lawsuit is dismissed in its entirety, with prejudice and with the parties to bear their own costs.

(5) All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of October, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**